FORM EDC2850 Bankruptcy Appeal Transmittal Form  (v.8.14)                          22–22020 – C – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# BANKRUPTCY APPEAL TRANSMITTAL FORM

**Case Number:**    22–22020 – C – 7                    **DCN:**

# FILED

**Nov 13, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Debtor Name(s) and Address(es):**

Richard N. Sauer
 9790 King Road
Loomis, CA 95650

TO:    U.S. District Court
       501 I Street, Suite 4–200, Sacramento, California 95814 ((916) 930–4000).

FROM:  U.S. Bankruptcy Court
       Eastern District of California District Office No. 0972

District Court No.

2:23-cv-2668 DAD (BK)

 Bankruptcy Judge (who signed the order):  Christopher M. Klein

Date Notice of Appeal Filed:  11/13/23

Date of Entry of Order Appealed From:  11/1/23

Date Bankruptcy Case Filed:  8/15/22

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  11/13/23

Filing Fee Paid?  Yes

Dated:
11/13/23

For the Court,
Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                   22–22020 – C – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# CERTIFICATE OF NOTICE

**Case Number:**    22–22020 – C – 7                          **DCN:**

**Debtor Name(s) and Address(es):**

Richard N. Sauer
9790 King Road
Loomis, CA 95650

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on November 13, 2023, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>501 I St #7–500<br>Sacramento CA 95814 | Richard N. Sauer<br>9790 King Road<br>Loomis CA 95650 | Rick Morin<br>555 Capitol Mall Suite 750<br>Sacramento CA 95814 |
| Geoffrey Richards<br>PO Box 579<br>Orinda CA 94563 | J. Russell Cunningham<br>1830 15th St<br>Sacramento CA 95811 | Jamie P. Dreher<br>621 Capitol Mall 18th Fl<br>Sacramento, CA 95814 |
| Richard Morin<br>500 Newport Center Dr #610<br>Newport Beach, CA 92660 | WV Sour Grapes, LLC<br>4629 Cass Street, Suite 380<br>San Diego CA 92109 | Brian C. Aton<br>Downey Brand LLP<br>621 Capitol Mall 18th Fl<br>Sacramento CA 95814 |
| Anna R. Marcroft<br>Downey Brand LLP<br>621 Capitol Mall 18th Fl<br>Sacramento CA 95814 | | |

Dated:
11/13/23

For the Court,
Wayne Blackwelder , Clerk

3

Richard Morin (SBN 285275)

Bryce Fick (SBN 322951)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Debtor Richard N. Sauer

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

|  |  |
|---|---|
| In re:<br><br>Richard N. Sauer,<br><br>      Debtor. | Case No. 22-22020-C-7<br>Chapter 7<br><br>**NOTICE OF APPEAL AND STATEMENT**<br>**OF ELECTION** |

Official Form 417A (12/18)

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Richard N Sauer

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2:  Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: ORDER FOR RELIEF

2. State the date on which the judgment, order, or decree was entered: October 31, 2023

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Richard N Sauer        Attorney: Richard Morin
                                            Law Office of Rick Morin, PC
                                            500 Newport Center Drive Suite 610
                                            Newport Beach, CA 92660

2. Party: WV Sour Grapes, LLC    Attorney: Jamie P. Dreher
                                            Downey Brand LLP
                                            621 Capitol Mall 18th Floor
                                            Sacramento, CA 95814

3. Party: Geoffrey Richards       Attorney: J. Russell Cunningham
                                            Desmond, Nolan, Livaich & Cunningham
                                            1830 15th Street
                                            Sacramento, CA 95811

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: _November 13, 2023_____

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Richard Morin
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
949-996-3094

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Richard Morin (SBN 285275)
Bryce Fick (SBN 322951)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for:   Debtor Richard N. Sauer

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>Richard N. Sauer<br><br><br><br><br><br><div style="text-align:right">Debtor(s)</div> | **Bankruptcy Case No.:**      22-22020-C-7<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)***:**<br><br>   Hearing Date:<br>   Hearing Time:<br>   Location:<br>   Judge: |
|---|---|
| <br>v.<br><br><div style="text-align:right">Plaintiff(s)</div><br><br><br><br><div style="text-align:right">Defendant(s)</div> | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)***:**<br><br>   Hearing Date:<br>   Hearing Time:<br>   Location:<br>   Judge: |

## CERTIFICATE OF SERVICE OF

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

EDC Form 7-005, Rev. 09/22

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status**. I am ☑ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☐ my business/employer is _____ and my ☑ business address **or** ☐ mailing address if not a business is:

   500 Newport Center Drive Suite 610, Newport Beach, CA 92660 _____.

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.)

---

☑ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

  ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)*

    ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).

    ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____.

☐ **Chapter 9 case** (*indicate below if subject to limited noticing*)

  ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

☐ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

  ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.

  ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).

  ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____.

☐ **Chapter 11 case** (*indicate below if subject to limited noticing*)

  ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.

  ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

☐ **Chapter 15 case**

☐ **Adversary Proceeding**

---

4.   **About the Documents Served**
On November 13_____, 20 23 , by the method(s) specified below, the following documents were served *(list in space provided):*

NOTICE OF APPEAL AND STATEMENT OF ELECTION

**or** ☐ those documents described in the list appended hereto and numbered *Attachment 4.*

5.   **Who is Being Served**
    Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

---

☐ Debtor(s)
☐ Debtor's attorney(s)
☐ Trustee
☐ U.S. Trustee
☐ 20 largest creditors
☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter.
☐ Plaintiff(s)
☐ Defendant(s)
☐ All committee members
☐ Attorney for committee members
☐ Equity security holders

☐ All creditors and parties in interest
☐ All creditors and parties in interest (Notice of Hearing only)
☐ Creditors that have filed claims
☐ Creditors that have filed claims (Notice of Hearing only)
☐ Administrative claimants
☐ Creditors holding allowed secured claims
☐ Creditors holding allowed priority unsecured claims
☐ Creditors holding leases or executory contracts that have been assumed
☐ Persons who have filed a Request for Notice
☑ Other party(ies) in interest

---

EDC Form 7-005, Rev. 09/22          2

**6.      How Service is Accomplished**

A.    ☐    **Rule 7004 Service.** *(Check at least one, if applicable.)*

1.    ☐    **First Class Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered *Attachment 6A1*.

2.    ☐    **Certified Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered *Attachment 6A2*.

3.    ☐    **Publication**

Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered *Attachment 6A3*.

B.    ☑    **Rule 5 and Rules 7005, 9036 (when Rule 7004 service is not required) Service** (*Check at least one, if applicable.*)

1.    ☑    **Electronic Service on Registered Users of the Court's Electronic Filing System.**

Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered *Attachment 6B1*.

2.    ☐    **U.S. Mail**

Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

☐    **Parties in Interest**

☐    **Clerk's Matrix of Creditors**. A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered *Attachment 6B2*. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

☐    **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered *Attachment 6B2*.

☐    **Request for Special Notice List.**  A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered *Attachment 6B3*.

☐    **Equity Holders List.**  A copy of the Clerk of the Court's matrix of equity holders is appended hereto and numbered *Attachment 6B4*.

☐    **Other Parties in Interest Checked in Section 5.**  A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered *Attachment 6B5*.

3.    ☐    **Other Methods of Service**

Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered *Attachment 6B6.*

I swear or certify under penalty of perjury that the foregoing is true and correct.

Executed on  November 13 , 20 23 , at  Newport Beach        CA  .
                                                                                                      City                                      State

 Richard Morin 
Print Name                                                                    Signature

EDC Form 7-005, Rev. 9/22



**Attachment 6B1**
**Matrix of Registered Users of the Electronic Filing System**
**Case Name: Richard N. Sauer**
**Case Number: 22-22020**
**Date: 11/13/2023 11:19 AM**

Office of the U.S. Trustee / Trustee / ustpregion17.sc.ecf@usdoj.gov

Geoffrey Richards / Trustee / GRTrustee@pacbell.net

Jamie Dreher / Attorney / jdreher@downeybrand.com

Rick Morin / Attorney / legal@rickmorin.net

Christian Binder / Attorney / chris@bindermalter.com

Heinz Binder / Attorney / heinz@bindermalter.com

Michael Elizondo / Attorney / michael@hanniglaw.com

Brian Aton / Attorney / baton@downeybrand.com

Gabriel Liberman / Attorney / attorney@4851111.com

Anna Marcroft / Attorney / amarcroft@downeybrand.com

J. Cunningham / Attorney / eangello@dnlc.net

page 1 of 1

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                    )Case No. 22-22020-C-7
                                          )
RICHARD N. SAUER,                         )
                                          )
                       Debtor.            )
_____

**ORDER FOR RELIEF**

On consideration of this involuntary Chapter 7 petition filed under 11 U.S.C. § 303 against the above-named debtor, and findings of fact and conclusions of law having been rendered orally on the record as permitted by Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 1018 and 7052,

**IT IS ORDERED** that Relief is Granted.

Dated: October 31, 2023

_____
United States Bankruptcy Judge

3

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Richard Sauer
9790 King Road
Loomis CA 95650

Rick Morin
500 Newport Center Dr., Suite 610
Newport Beach CA 92660

Jamie Dreher
621 Capitol Mall 18th Floor
Sacramento CA 95814

Office of the United States Trustee
501 I Street, Room 7-500
Sacramento CA 95814

4

**DebtEd, TRANSFER, APLDIST, APPEAL**

## U.S. Bankruptcy Court
### Eastern District of California (Sacramento)
### Bankruptcy Petition #: 22–22020

*Date filed:* 08/15/2022
*Assigned to:* Hon. Christopher M. Klein
Chapter 7
Involuntary
No asset

*341 meeting:* 12/12/2023
*Deadline for objecting to discharge:* 02/12/2024
*Deadline for financial mgmt. course:* 01/26/2024

*Debtor*
**Richard N. Sauer**
9790 King Road
Loomis, CA 95650
PLACER–CA
SSN / ITIN: xxx–xx–0000

represented by **Rick Morin**
555 Capitol Mall Suite 750
Sacramento, CA 95814
916–333–2222
Email: legal@rickmorin.net

*Petitioning Creditor*
**WV Sour Grapes, LLC**
4629 Cass Street, Suite 380
San Diego, CA 92109

represented by **Brian C. Aton**
Downey Brand LLP
621 Capitol Mall
18th Floor
Sacramento, CA 95814
916–520–5432
Fax : 916–520–5832
Email: baton@downeybrand.com

**Jamie P. Dreher**
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916–520–5478
Email: jdreher@downeybrand.com

**Anna R. Marcroft**
Downey Brand LLP
621 Capitol Mall
18th Floor
Sacramento, CA 95814
916–444–1000
Fax : 916–444–2100
Email: amarcroft@downeybrand.com

*Trustee*
**Geoffrey Richards**
PO Box 579
Orinda, CA 94563
916–288–8365

represented by **J. Russell Cunningham**
1830 15th St
Sacramento, CA 95811
(916) 443–2051
Email: eangello@dnlc.net

*U.S. Trustee*
**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street, Room 7–500
Sacramento, CA 95814

1

| Filing Date | # | | Docket Text | Doc. Locator ID |
|---|---|---|---|---|
| 10/31/2023 | | 274 | Order for Relief. (isaf) (Entered: 11/01/2023) | 48747704 |
| 11/13/2023 | | 318 | Notice of Appeal and Statement of Election to District Court Re: 274 Order for Relief (Fee Paid $298) (eFilingID: 7284993) (tjof) (Entered: 11/13/2023) | 48777501 |
| 11/13/2023 | | 320 | Certificate/Proof of Service of 318 Notice of Appeal (tjof) (Entered: 11/13/2023) | 48777529 |
| 11/13/2023 | | 321 | Transmittal to District Court in Sacramento Re: 318 Notice of Appeal (tjof) (Entered: 11/13/2023) | 48777547 |
| 11/13/2023 | | 322 | Certificate of Notice of Appeal Re: 318 Notice of Appeal (tjof) (Entered: 11/13/2023) | 48777556 |

2